669 A.2d 875

**COMMONWEALTH of Pennsylvania,**

v.

**Martin Daniel APPEL.**

**Appeal of Paul J. EVANKO and Martin F. Horn.**

Supreme Court of Pennsylvania.

April 3, 1995.

## *ORDER*

PER CURIAM.

AND NOW, this 3rd day of April, 1995, the Notice of Appeal is quashed. The Consolidated Application for a Stay of Execution is dismissed as moot.

MONTEMURO, J., is sitting by designation.